

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

November 26, 2024

The Honorable Julie R. Rubin
101 West Lombard Street
Chambers 3A
Baltimore, MD 21201

      Re:    *United States v. Breal L. Madison, Jr.*, JRR-24-303

Dear Judge Rubin:

      I write to request a status conference in *United States v. Breal L. Madison, Jr.*, JRR-24-303.

      Mr. Madison was arrested and appeared for an initial appearance on October 29, 2024. On November 8, 2024, counsel for the United States and Defendant held a Rule 16.1 discovery conference. On November 26, 2024, the United States filed a motion to exclude time under the Speedy Trial Act and a motion for entry of a protective order governing discovery disclosed in this case. The United States will make discovery disclosures promptly following the entry of the protective order.

      The United States respectfully requests a status conference to set a schedule for the case, including a trial date.

                                          Sincerely,

                                          Michael M. Sawers
                                          Trial Attorney

cc: Counsel of Record (via ECF)