UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | Criminal No. JRR-01:24-CR-303 |
| v. | * | |
| | * | |
| | * | |
| **Breal L. Madison, Jr.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

## STATUS REPORT

Comes now, the United States of America, by and through its undersigned attorneys, and reports to the Court as follows:

1. On May 22, 2025, the Court held a status conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA") at which the parties agreed that by August 20, 2025, the United States would file a status report regarding the identification and disclosure of classified information in discovery.

2. Since the May 22 status conference, the United States has worked with the relevant federal government agency ("Agency 1") to identify the universe of potentially discoverable material at Agency 1. Agency 1 made the potentially discoverable material available to the United States for review in several folders containing thousands of pages of material. To date, the United States has completed a review of approximately 75% of the folders and expects to complete its review in the next 45 days. On or before October 3, 2025, the United States will complete its review and will inform the Court and the Defendant whether its discovery obligations include classified information and whether the United States intends to invoke protections set forth

in Section 4 of the CIPA. Thereafter, the United States anticipates filing its motion under Section 4 of CIPA seeking any appropriate relief.

| | |
|---|---|
| ABIGAIL SLATER<br>Assistant Attorney General | KELLY O. HAYES<br>United States Attorney |
| *Elizabeth French*<br>ELIZABETH H. FRENCH<br>ZACHARY D. TROTTER<br>Trial Attorneys<br>Antitrust Division<br>U.S. Department of Justice<br>Washington Criminal Section<br>450 5th Street, NW<br>Washington, D.C. 20530 | /s/<br>SEAN R. DELANEY<br>Assistant United States Attorney<br>District of Maryland<br>36 S. Charles St. Fourth Floor<br>Baltimore, Maryland 21201 |

Date: August 19, 2025