UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | Criminal No. JRR-01:24-CR-303 |
| v. | * | |
| | * | |
| | * | |
| **Breal L. Madison, Jr.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

## STATUS REPORT

Comes now, the United States of America, by and through its undersigned attorneys, and reports to the Court as follows:

1. On May 22, 2025, the Court held a status conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA") at which the parties agreed that by August 20, 2025, the United States would file a status report regarding the identification and disclosure of classified information in discovery.

2. On August 19, 2025, the United States submitted a status report regarding its review of potentially discoverable material made available by the relevant federal government agency ("Agency 1").

3. The United States has completed its review and determined that its discovery does include classified information, and the United States will seek to invoke protections under Section 4 of the CIPA. The United States currently expects that fewer than 20 documents will be discoverable under CIPA. The United States is preparing its Section 4 motion.

| | |
|---|---|
| ABIGAIL SLATER<br>Assistant Attorney General | KELLY O. HAYES<br>United States Attorney |
| *[signature]*<br>TREVOR WILMOT<br>ZACHARY D. TROTTER<br>ELIZABETH H. FRENCH<br>Trial Attorneys<br>Antitrust Division<br>U.S. Department of Justice<br>Washington Criminal Section<br>450 5th Street, NW<br>Washington, D.C. 20530 | /s/<br>SEAN R. DELANEY<br>Assistant United States Attorney<br>District of Maryland<br>36 S. Charles St. Fourth Floor<br>Baltimore, Maryland 21201 |

Date: October 3, 2025

2